THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE CASARES-RODRIGUEZ,<br><br>Defendant. | CASE NO. CR17-0325-JCC<br><br>ORDER |

This matter comes before the Court on a joint motion to extend the time to file an indictment under the Speedy Trial Act (Dkt. No. 16). Having reviewed the parties' joint motion and Defendant's agreement to extend the time for an Indictment, the Court makes the following findings of fact: The ends of justice will be served by granting a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

It is therefore ORDERED that the time within which an indictment in this case must be filed against Defendant shall be extended from January 25, 2018, to January 31, 2018.

It is further ORDERED that the period of delay from January 25, 2018, to January 31, 2018, is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

//

1   DATED this 25th day of January 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0325-JCC
PAGE - 2